NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUSTIN M. PETERS,                              )
                                               )
            Appellant,                         )
                                               )
v.                                             )          Case No. 2D19-7
                                               )
STATE OF FLORIDA,                              )
                                               )
            Appellee.                          )
_____ )


Opinion filed September 18, 2020.

Appeal from the Circuit Court for Pasco
County; Susan G. Barthle, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.


PER CURIAM.

            Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.